# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00114-WMR-CCB
### USA v. Okang et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 07/21/2021.

TIME COURT COMMENCED: 1:35 P.M.
TIME COURT CONCLUDED: 2:40 P.M.
TIME IN COURT: 1:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Viola Zborowski
USPO: Stephanie Schuessler
DEPUTY CLERK: Jennifer Lee

DEFENDANT(S): [4]George Kodjo Edem Adatsi Present at proceedings

ATTORNEY(S) PRESENT: Kelly Connors representing USA
Jeffrey Manciagli representing George Kodjo Edem Adatsi
John Phillips representing USA

PROCEEDING CATEGORY: Sentencing Hearing(Sentencing Hearing-Contested);

PLEADINGS FILED IN COURT: Consent Preliminary Order of Forfeiture

MINUTE TEXT: Consent Preliminary Order of Forfeiture tendered and signed. No objections to the PSR by the Government or the Defendant. PSR adopted by the Court to which no objection had been raised. The Court presented guideline calculations and sentencing options and heard argument from counsel regarding a reasonable sentence. Court advised defendant of his right of allocution and Defendant made a statement. 3553 factors given. The Court pronounces sentence - CBOP 70 MONTHS and 3 YEARS of Supervised Release as to Count 1, subject to deportation; $100 special assessment, fine waived, $3,373,797.43 in restitution jointly & severally. Defendant will receive credit for time served in custody

                    thus far. No objections to the sentence. Defendant requests the Court recommend designation to a facility in the Atlanta, GA area and the Court will include this language in its Judgment. Appeal rights given. Defendant remanded to custody of USMS.

HEARING STATUS:  Hearing Concluded